### Klimas, Geoffrey J. (TAX)

**From:** Ryan, Michael [michael.ryan@klgates.com]
**Sent:** Wednesday, July 15, 2009 4:27 PM
**To:** Klimas, Geoffrey J. (TAX)
**Cc:** Lenci, David; Castic, Samuel R.; Banerjee, Carmen M. (TAX)
**Subject:** RE: Shannahan case

Geoff,

We have copies of the original documents and received them about a month ago. This was also stated in our status letter to the Court.

Thanks,

Mike

---

**From:** Klimas, Geoffrey J. (TAX) [mailto:Geoffrey.J.Klimas@usdoj.gov]
**Sent:** Wednesday, July 15, 2009 1:23 PM
**To:** Ryan, Michael
**Cc:** Lenci, David; Castic, Samuel R.; Banerjee, Carmen M. (TAX)
**Subject:** Shannahan case

Michael:

Could you confirm that you have received copies of the "original documents?"

Thanks,
Geoff Klimas
(202) 307-6346

This electronic message contains information from the law firm of K & L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at michael.ryan@klgates.com.



EXHIBIT A

7/16/2009